**STEPTOE & JOHNSON LLP**
FILIBERTO AGUSTI (*pro hac vice forthcoming*)
JOSHUA R. TAYLOR (*pro hac vice forthcoming*)
2121 Avenue of the Start, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200//Facsimile: (310) 734-3300
Email: fagusti@steptoe.com
       jrtaylor@steptoe.com

**RICE REUTHER SULLIVAN & CARROLL, LLP**
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099//Facsimile: (702) 732-7110
Email: dcarroll@rrsc-law.com
       adiraimondo@rrsc-law.com

*Attorneys for Defendants*
*GREENBERG TRAURIG, LLP and*
*BOB L. OLSON*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT COURT

| | |
|---|---|
| In re: | Case No. BK-S-11-14153-BTB |
| PARK CENTRAL PLAZA 32, LLC, | Chapter 11 |
| Debtors. | |
| PARK CENTRAL PLAZA 32, LLC, | Adversary No.: 14-01096-btb |
| Plaintiff, | **DEFENDANTS GREENBERG TRAURIG, LLP AND BOB L. OLSON'S NOTICE OF COMPLIANCE** |
| vs. | |
| GREENBERG TRAURIG, LLP and BOB L. OLSON, | |
| Defendants. | |

///

///

1

1  Defendants Greenberg Traurig, LLP ("GT") and Bob L. Olson ("Olson" and collectively with GT, the "Defendants"), by and through their attorneys, hereby submit this Notice of Compliance.

On September 4, 2014, Plaintiff Park Central Plaza 32, LLC ("PCP") filed its Motion for Withdrawal of Reference Pursuant To F.R.B.P. Rule 5011 [ECF No. 40] ("Motion for Withdrawal of Reference"). Pursuant to the Court's "Order Approving Joint Stipulation Re Schedule For Motion to Reopen, Responsive Pleading To Complaint & Motion to Remand" [ECF No. 34], Defendants had up to and including September 25, 2014, to file their Opposition to the Motion for Withdrawal of Reference ("Opposition").

Prior to Defendants filing their Opposition, on September 24, 2014, this Court entered its "Transmittal of Motion of Withdrawal of Reference" [ECF No. 45] ("Transmittal Order") transferring the Motion for Withdrawal of Reference to the U.S. District Court (D. Nev.). The Court's Transmittal Order provides that Plaintiff and Defendants "are to file all matters relating to the Motion to Withdraw the Reference with the Clerk of the District Court." Transmittal Order [ECF No. 45] at p. 2. Defendants hereby provide notice to this Court that they have complied with its Transmittal Order by filing the following documents with the Clerk of the District Court in *Park Central Plaza 32, LLC v. Greenberg Traurig, LLP*, U.S. District Court Case No. 2:14-cv-01577-JAD-GWF:

1. Opposition of Greenberg Traurig, LLP and Bob L. Olson to Plaintiff Park Central Plaza 32, LLC's Motion for Withdrawal of Reference Pursuant to F.R.B.P. Rule 5011 [U.S. Dist. Ct. ECF No. 3]; and

2. Greenberg Traurig, LLP and Bob L. Olson's Designation of Record for Opposition of Greenberg Traurig, LLP and Bob L. Olson to Plaintiff Park Central Plaza 32, LLC's Motion for Withdrawal of Reference Pursuant to F.R.B.P. 5011 [U.S. Dist. Ct. ECF No. 4].

This Notice of Compliance is respectfully submitted this 25th day of September, 2014.

                                                 **RICE REUTHER SULLIVAN & CARROLL, LLP**

By: _[signature]_
David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

**STEPTOE & JOHNSON LLP**
FILIBERTO AGUSTI (*pro hac vice forthcoming*)
fagusti@steptoe.com
JOSHUA R. TAYLOR (*pro hac vice forthcoming*)
jrtaylor@steptoe.com
2121 Avenue of the Start, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

*Counsel for Defendants*
*GREENBERG TRAURIG, LLP and*
*BOB L. OLSON*